# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 304 EAL 2023

         Respondent                :

                                    :   Petition for Allowance of Appeal
                                    :   from the Order of the Superior Court

           v.                      :

DAVIS L. JOSEPHUS,                   :

         Petitioner                 :

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of February, 2024, the Petition for Allowance of Appeal is **DENIED**.